UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILFREDO ALFARO ACOSTA,          )
                                 )
Claimant,                        )          No. _____
                                 )
                                 )
           v.                    )          C O M P L A I N T
                                 )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
Defendant.                       )


## INTRODUCTION

1. This is a lawsuit pursuant the Federal Tort Claims Act (FTCA) seeking $100,000,000 for loss of mobility in my left leg, pain, suffering, loss of future wages, and permanent damage to my left ankle. This lawsuit sounds in negligence.

## JURISDICTION

2. This Court has jurisdiction over this action pursuant 28 U.S.C. §§ 1346(b)(1), 1391(e), 2679.

## EXHAUSTION OF REMEDIES

3. The FTCA provides that a claim against a Federal agency, its servants, and employees be filed within two (2) years of the claims inception. Once filed, the claim may be resolved by the defendant within six (6) months. If the claim is not resolved within that time or if it is denied before expiration of that time, the claimant may file a lawsuit in court.

1

4.  On August 18, 2022 the Federal Bureau of Prisons (FBOP) Northeast Regional Office recieved my Administrative Tort Claim.  On November 8, 2022 the FBOP denied my claim. (Attached Exhibit A)  On October 17, 2022 I submitted accident compensation per 18 U.S.C. § 4126.  I received no response. (Attached Exhibit B) I have also attempted to utilize the so-called Administrative Remedy program but the internal Administrative Remedy Program is thwarted at every level, and Unit Team refuses to process Administrative Remedies here at Ray Brook FCI.  Thus, I have exhausted all available administrative remedies.

<u>FACTS OF THIS CLAIM</u>

5. On July 14, 2022 I was directed to retrieve a large thirty pound box of cereal from the Food Services Warehouse by Food Service Foreman Hastings. The box of cereal, located on the top shelf of a storage rack, toppled upon me when I stepped in a gaping hole in the warehouse floor. Three additional boxes of cereal, each weighing thirty pounds, fell on top of me as I became lodged in the hole in the warehouse floor. My left ankle was unusable and I could not extricate myself from the hole in the floor nor lift the boxes off of myself. I was in severe pain and I screamed for help until Foreman Hastings arrived.

6.  I was taken to a local hospital. My ankle was broken on the left side, and my legs were bruised and scraped. I sustained myriad injuries to my upper body where the thirty pound boxes of cereal fell on top of me.  I also sustained additional internal injuries to my legs.  I was placed in a cast, and had to use crutches for many weeks. My foot became infected.  I was not given any medication and had to return to the hospital. I was in near constant pain for months,  I am still in pain, and I will never be painfree or able to walk with normal stride again.

7. Unbeknownst to me, the Northeast Regional Office had directed FCI-Ray Brook to repair the hole in the warehouse floor that I fell into prior to July 14, 2022 when my ankle was broken and I sustained the other injuries described above. Ray Brook FCI did not fix the hole in the warehouse floor, even when instructed by the Northeast Regional Office, instead negligently leaving the unrepaired hole in the warehouse floor, uncovered and unmarked until I fell into it and my ankle was broken on July 14, 2022. That day, in a "follow-up or correction action taken," Food Services Administrator McNiece decided to put a "boiler plate placed over" the hole in the warehouse floor. (Exhibit C)

8. FCI-Ray Brook's negligent failure to repair the hole in the warehouse floor, or mark the hole in the warehouse floor, even after being admonished to do so by the Northeast Regional Office, caused me extreme pain, suffering, and loss of mobility, and I will suffer with same for the remainder of my life.

9. Wherefore, I pray this Honorable Court order the United States of America to pay me one hundred million dollars ($100,000,000) as compensation for the above-decribed harms caused to me by the FBOP.

November 24, 2022

SWORN UNDER PENALTY OF PERJURY THIS 24th DAY OF NOVEMBER, 2022.

X: _____
Wilfredo Alfaro Acosta
Reg. No.: 62550-018
FCI-Ray Brook, P.O. Box 900
Ray Brook, NY 12977

3



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*Via Certified and Return Receipt Mail*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA 19106*

November 8, 2022

Wilfredo Alfaro Acosta, Reg. No. 62550-018
FCI Ray Brook
P.O. Box 300
Ray Brook, NY 12977

    RE:  Administrative Claim No. TRT-NER-2023-00835

Dear Mr. Alfaro Acosta:

    Your Administrative Claim No. TRT-NER-2023-00835, received in this office August 18, 2022, has been considered for settlement as provided by the Federal Tort Claims Act, 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30.  Damages are sought in the amount of $100,000,000.00 based on a personal injury claim.  Specifically, you allege on July 14, 2022, you were injured while performing a work assignment at FCI Ray Brook.

    The proper remedy for an inmate work-related injury is the Inmate Accident Compensation System as set forth in 18 U.S.C. § 4126 and 28 C.F.R. Part 301.  If you desire to file a claim under the Inmate Accident Compensation System, you should contact the Safety Manager at the institution where you are confined to acquire the proper forms.  Under the provisions 28 C.F.R. Part 301.101, any claim for compensation should be submitted at or near the time of release from confinement to: Claims Examiner, Inmate Accident Compensation System, Federal Prison Industries, Inc., Washington, DC 20534.  Accordingly, the claim is denied.

    If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

                  Sincerely,

                  Darrin Howard  **(EXHIBIT A)**
                  Regional Counsel

cc:  David Alatary, Warden, FCI Ray Brook

TRULINCS  62550018 - ALFARO ACOSTA, WILFREDO - Unit: RBK-D-A

--------------------------------------------------------------------------------

FROM: 62550018
TO: Safety
SUBJECT: ***Request to Staff*** ALFARO ACOSTA, WILFREDO, Reg# 62550018, RBK-D-A
DATE: 10/17/2022 06:24:03 PM

To: labombard
Inmate Work Assignment: food service

Pursuant to 18 u.s.c.4126, Iam writing to request FCI Ray Brook open
A Inmate Accident Compensation case for incident that accurred on
July 14, 2022 and of which caused severe and permanent damege to
My ankle

I thank you in advance for your promptness in this matter

(EXHIBIT B)

BP-A0140.016          INJURY - LOST - TIME FOLLOW-UP - PART 2 CDFRM
NOV 07

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

NAME ___Alfaro___          REG. NO. ___62550-018___

RE: INJURY OF ___7-14-22___
                    Date

1.   (Witnesses Statement) Use Additional Sheets of Plain Paper if Necessary.



RECOMMENDATION FOR PREVENTION _____

_____          _____          _____
    Witness Signature               Reg. No. or Title             Date

2.   (Department Head's Statement)



FOLLOW-UP OR CORRECTION ACTION TAKEN ___BOILER PLATE PLACED OVER DRAIN___

_____          ___FOOD SVC ADMIN.___          ___7/14/22___
    Department Head                     Title                       Date

3.   (Safety Manager's Comments)

~~████████████████████████████~~

_____                              ___8/1/2022___
    Safety Manager                                      Date

4.   (Safety Committee Review-Comments)

Committee agrees w/ findings and approved xxxxx

Pay was $19.70
Paid at 75% = 14.40 /month

_____                              ___8/3/2022___
    Associate Warden's Signature                        Date

NAME ___ALFARO___          REG. NO. ___62550-018___

RE: INJURY OF ___7/14/22___
                    Date

5.   X  The Institution Safety Committee has reviewed the report of your injury and is their
        opinion that your injury was work related.

        The Institution Safety Committee has reviewed the report of your injury and it is their
        opinion that your injury was not work related.

The final determination of the work relatedness of this injury is subject to review by the Inmate
Accident Compensation Committee upon the filing of a claim for Inmate Accident Compensation due to a
physical impairment resulting from the injury.

_____                              ___8/3/2022___
    Safety Manager                                      Date

Record Copy - Inmate file; Copy - Safety Office; Copy - Inmate

(This form may be replicated via WP)                  Replaces BP-140.016, Part 2, of SEP 05


( EXHIBIT C )

BP-A0140.016
NOV 07

**INJURY REPORT - INMATE - PART 1** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

SEE DISTRIBUTION AND SPECIAL INSTRUCTION AT THE TOP OF THE NEXT PAGE FOR INMATE COPY

| 1. Institution | 2. Name of Injured | | 3. Register Number |
|---|---|---|---|
| *FCI Ray Brook* | *Alfaro* | | *62550-018* |
| 4. Injured's Duty Assignment | 5. Injured's Duty Hours | 6. Date and Time of Injury | |
| *F/S Orderly* | | *7/14/22  7:15Am* | |

7. Where Did Injury Happen (be specific as to location)   | 8. Date and Time Injury Was Reported
*In the food Service warehouse, next Canned goods*  | *7/14/22   7:18 Am*

9. In Your Opinion, Was This Injury: (a) ☑ Work Related     | ☐ Non Work Related
(b)    ☐ Institution     ☐ Industry     ☐ Recreation     ☐ Program or Activity
☐ Other (explain)

| 10. To Whom Was Injury First Reported | 11. Part of Body Involved (left knee, etc.) | 12. Kind of Injury (burn, cut, etc.) |
|---|---|---|
| *Operations Medical* | *left Ankle* | *break* |

13. Injured's alleged Witnesses to Injury (staff and inmates)
*A. Hastings*

14. Injured's Brief Statement As To How Injury Happened. Include Injured's Recommendation for Prevention. (Continue on additional blank sheets, if necessary.) *While working in the kitchen on July 14, 2022 at 7:00 Am I was sent to the warehouse to bring back a 30 lb. box of cereal by officer Hastin. The box of cereal was on the top shelf. While I was bringing the box down, I stepped in the hole in the floor causing me to fall and then three boxes that were in the shelf fell on the top of me. At that moment I start screaming for help until officer Hastin arrived.*

● Injured's Signature and Date:    *[signature]    8/3/22*

15. Supervisor's Statement - Must Include: a. Job Training Record, b. Safety Equipment Provided, c. Whether Safety Equipment In Use, d. Whether Proper Guarding Used, e. Corrective Action Taken. (Continue on additional blank sheets, if necessary)

[redacted]

● Supervisor's Signature, Title and Date:    *[signature] F/S Foreman    7/14-22*

| 16. Medical Description of Injury | 17. This Injury Required: |
|---|---|
| *Severe Left ankle dislocation* | a. ☐ No Medical Attention |
| | b. ☐ Minor First Aid |
| | c. ☐ Hospitalization - from _____ to _____ |
| | d. ☒ Work Time Lost - from *7/14/22* to *TBD* |
| | e. ☐ Other (explain) *ER trip 7/14/22* |
| | Total Lost Time Days: *Additional Orthopedic visits do follow.* |

Record Copy - Inmate file; Copy - Safety Officer; Copy - Inmate

(This form may be replicated via WP)                    Replaces BP-140.016, Part 1, of SEP 95

(EXHIBIT C)