UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**WILFREDO ALFARO ACOSTA,**

                **Plaintiff**

   v.                                                                               9:22-CV-1259
                                                                                     (GTS/ML)

**UNITED STATES OF AMERICA**

                **Defendant.**
_____

**Glenn T. Suddaby,**
**U.S. District Judge**

## DECISION & ORDER

      Plaintiff sued the Defendant United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2674 ("FTCA"). Plaintiff, a federal prisoner, alleged that he had injured his ankle while working a federal prison job. After being served with the Complaint, the United States filed a motion to dismiss, alleging that the Court lacked subject matter jurisdiction. The Court referred the matter to the Hon. Miroslav Lovric, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      Judge Lovric's Report-Recommendation, issued on October 17, 2023, recommends that the Court grant the government's motion and dismiss the case. Judge Lovric finds that the Inmate Accident and Compensation Act, 18 U.S.C. § 4126(c), provides the exclusive remedy for federal inmates who suffer work-related injuries. Plaintiff's complaint

1

here relies on the FTCA, and the Court lacks subject matter jurisdiction to hear Plaintiff's claims brought under that Act.

Plaintiff did not object to the Report-Recommendation. The time for such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation for the reasons stated therein.

Accordingly:

It is therefore **ORDERED** that Judge Lovric's Report-Recommendation, dkt. # 21, is hereby **ACCEPTED** and **ADOPTED**. Defendant's motion to dismiss for lack of subject matter jurisdiction, dkt. # 13, is hereby **GRANTED**. The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: January 3, 2024
  Syracuse, New York

Glenn T. Suddaby
U.S. District Judge